IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| MARK R. LYNN, et al., | ) | Case No. 03-2662-KHV |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| GENERAL ELECTRIC COMPANY, | ) | |
| Defendant | ) | |
| | ) | |

## JUDGMENT OF DISMISSAL WITH PREJUDICE

This matter came before the Court on the joint motion of the parties for approval of the FLSA settlement attached as Exhibits 1-6 to the parties' joint motion (hereinafter the "Settlement Agreements"). The Court having considered all papers filed and otherwise being fully informed and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.  The parties' joint motion for approval of the settlement, filed June 28, 2006, is granted and the settlement is approved.

2.  The parties are hereby directed to perform pursuant to the terms of the Settlement Agreements.

3.  This lawsuit is dismissed with prejudice, and without costs (except as otherwise provided in the Settlement Agreements).

The Clerk of this Court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Dated: July 5, 2006

_____
UNITED STATES DISTRICT JUDGE